IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CHRISTOPHER WILLIAM MCADAMS, | ) | |
|---|---|---|
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-798 |
| | ) | |
| COMMONWEALTH OF | ) | District Judge Arthur J. Schwab/ |
| PENNSYLVANIA and THE | ) | Magistrate Judge Robert C. Mitchell |
| PENNSYLVANIA BOARD OF | ) | |
| PROBATION AND PAROLE, | ) | |
| Respondents. | ) | |

**O R D E R**

ARTHUR J. SCHWAB, United States District Judge.

In a Report and Recommendation [ECF No. 18] filed on September 18, 2015, it was recommended that petitioner's habeas corpus petition be dismissed and that a certificate of appealability be denied. Petitioner was served with a copy of the Report and Recommendation and was granted until October 5, 2015 to file objections to the Report and Recommendation and filed objections thereto on October 2, 2015. *See* Obj. [ECF No. 19].

After a *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, and pleadings thereto, the following order is entered:

AND NOW this 7th day of October, 2015,

IT IS HEREBY ORDERED that petitioner's objections to the magistrate's Report and Recommendation are OVERRULED as the Report and Recommendation was not clearly erroneous or contrary to law; and

IT IS FURTHER ORDERED that petitioner's habeas corpus petition is DISMISSED, and a certificate of appealability is DENIED; and

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge

1

Robert C. Mitchell [ECF No. 18] is hereby adopted as the Opinion of the District Court.

                                                      s/ Arthur J. Schwab
                                                     Arthur J. Schwab
                                                     United States District Court Judge

cc:      All Registered ECF Counsel

         The Honorable Robert C. Mitchell
         United States District Court
         Western District of Pennsylvania

         Christopher William McAdams
         HZ-9364
         SCI Albion
         A Unit/Side AB
         10745 Route 18
         Albion, PA 16475-0002

         John C. Manning, Esquire
         PA Board of Probation and Parole
         1101 S. Front Street
         Suite 5100
         Harrisburg, PA 17104-2517